**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-2209**

———————

RENEE FEREBEE,

        Plaintiff - Appellant,

    v.

TEMPLE HILLS POST OFFICE,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  George Jarrod Hazel, District Judge. (8:14-cv-02451-GJH)

———————

Submitted:  January 22, 2015      Decided:  January 26, 2015

———————

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Renee Ferebee, Appellant Pro Se.  Rod J. Rosenstein, United States Attorney, Rebecca Ann Koch, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Renee Ferebee appeals the district court's order dismissing her removed civil action in which Ferebee alleged that employees at the Temple Hills Post Office tampered with her mail and treated her with disrespect. On appeal, we confine our review to the issues raised in the Appellant's brief. <u>See</u> 4th Cir. R. 34(b). Because Ferebee's informal brief does not challenge the basis for the district court's disposition, Ferebee has forfeited appellate review of the court's order. Thus, although we grant leave to proceed on appeal in forma pauperis, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>